

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2014

No. 04-14-00869-CV

**IN RE K.S.L.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                  Marialyn Barnard, Justice
                  Patricia O. Alvarez, Justice

On December 12, 2014, relator filed a petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on December 18th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CI05201, styled *In the Matter of the Marriage of K.S.L. and R.R.L.*, pending in the 408th Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.